■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK ALLEN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered March 13, 1985, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On this appeal the defendant contends that he was denied a fair trial by certain comments made during the prosecutor's

summation. The record reveals that the comments called upon the jury to draw conclusions which were fairly inferable from the evidence (see, People v Ashwal, 39 NY2d 105, 110). Moreover, inasmuch as defense counsel had commented on these matters during his summation, viewing them in a manner favorable to the defendant, the prosecutor's comments were a fair response to those of defense counsel (see, People v Anthony, 24 NY2d 696; People v Singleton, 121 AD2d 752, lv denied 68 NY2d 918; People v Blackman, 88 AD2d 620).

We have considered the defendant's remaining contentions and find them to be without merit. Mangano, J. P., Bracken, Eiber and Spatt, JJ., concur.